## John Earl PATRICK *v.* STATE of Arkansas

CR 03-696                                        117 S.W.3d 586

Supreme Court of Arkansas
Opinion delivered September 4, 2003

*Phillip A. Moon*, for appellant.

No response.

PER CURIAM. Appellant John Earl Patrick, by and through his attorney, Phillip A. Moon, has filed a motion for rule on the clerk. Attorney Moon states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.